**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donald Ray HOLMES, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Donald Ray Holmes, Defendant–Appellant.**

**Nos. 13–14801, 13–14802 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 31, 2014.

Robert G. Davies, John Ryan Love, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, Stephen M. Kunz, Assis-

---

tant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Randall Lockhart, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before PRYOR, MARTIN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Donald Holmes in these direct criminal appeals, has moved to withdraw from further representation of Holmes and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeals is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Holmes's conviction, revocation of supervised release, and sentences are **AFFIRMED.**